IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 09-260 |
| ) | |
| JAMES GARDNER, JR., ) | |
| Defendant. ) | |

ORDER

AND NOW, this 5th day of August, 2010, the Court having received defendant's Motion to Suppress Evidence [document #30], IT IS HEREBY ORDERED that any response by the government shall be filed on or before August 25, 2010.

IT IS FURTHER ORDERED that a hearing on defendant's motion will be held before the undersigned on Friday, September, 10, 2010 at 1:30 p.m. in Courtroom No. 3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record
    U.S. Marshal